IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRANDON SMITH,

    Plaintiff,

v.                                      Case No.: 3:22-cv-00644

AHMAD M. SALEM,

    Defendant.

## NOTICE OF SETTLEMENT

The parties hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice. Respectfully submitted this 5TH day of JANUARY, 2023.

RESPECTFULLY SUBMITTED;

*/s/Rebecca J. Hutto*
REBECCA J. HUTTO #39252
Attorney for Plaintiff
Wampler, Carroll, Wilson, & Sanderson PLLC
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
rebecca@wcwslaw.com

*/s/ G. Kline Preston, IV*
G. Kline Preston, IV ESQ.
KLINE PRESTON LAW GROUP
4515 Harding Pike, Suite 107
Nashville, TN 37205
Office: (615) 649-8680
kpreston@klineprestonlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of JANUARY, 2023, the foregoing document is being served this day on all counsel of record identified on the Service List via the Court's CM/ECF System.

*/s/ Rebecca J. Hutto*