IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

BRANDON SMITH,

    Plaintiff,

v.                                       Case No.: 3:22-cv-00644

AHMAD M. SALEM,

    Defendant.

---

**STIPULATION OF DISMISSAL**

---

COME NOW, the Parties, by and through counsel, and hereby state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 24TH day of January, 2024.

                                                  RESPECTFULLY SUBMITTED,

                                                  *s/ Rebecca J. Hutto*
                                                  Rebecca J. Hutto (TN BPR #39252)
                                                  208 Adams Avenue
                                                  Memphis, Tennessee 38103
                                                  (901) 523-1844 – phone
                                                  (901) 523-1857 – fax
                                                  Rebecca@wcwslaw.com

*/s/ G. Kline Preston, IV*
G. Kline Preston, IV ESQ.
KLINE PRESTON LAW GROUP
4515 Harding Pike, Suite 107
Nashville, TN 37205
Office: (615) 649-8680
kpreston@klineprestonlaw.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 24th day of January, 2024, the foregoing document is being served this day on all parties of record identified on the Service List via the Court's electronic filing system and via electronic mail.

*s/ Rebecca J. Hutto*